UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
CASE NO.: 1:23-mi-00012-AT-RDC

VIRAL DRM LLC,

       Plaintiffs,

v.

UNKNOWN YOUTUBE UPLOADERS,

       Defendant.

## WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE AND FOR ORDER TO SHOW CAUSE

VIRAL DRM LLC by and through their undersigned counsel, hereby notify the court that Google, LLC has complied with the Court's subpoena and therefore withdraws the motion filed at ECF 6.

DATED: June 22, 2023        Respectfully submitted,

        */s/Joel B. Rothman*
        JOEL B. ROTHMAN
        Georgia Bar Number: 979716
        joel.rothman@sriplaw.com

        **SRIPLAW, P.A.**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL 33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile
        *Counsel for Viral DRM, LLC*